UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 07 B 07430
   MORRIS EUGENE CAMPBELL
   DEBRA LYNN CAMPBELL                        CHAPTER 13

                                              JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-8492    SSN XXX-XX-6685
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/25/07 .

2. The case was converted to Chapter 7 without confirmation, 08/17/2007.

3. The Debtor paid a total of $ 1852.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FRANKLIN | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FRANKLIN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | SECURED VEHIC | 427.40 | .00 | 427.40 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| D & E FINANCE INC | SECURED VEHIC | .00 | .00 | .00 |
| ALLIED INTERSTATE INC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS OPTIMA | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| DISCOVER CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST MARY'S | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DONALD N NOVELLE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |

```
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED              .00         .00
NICOR GAS                  UNSECURED      NOT FILED              .00         .00
NORTHWEST COLLECTION       UNSECURED      NOT FILED              .00         .00
OSI COLLECTION SERVICES    UNSECURED      NOT FILED              .00         .00
VAS DIMENSIONS             UNSECURED      NOT FILED              .00         .00
FORD MOTOR CREDIT          UNSECURED      NOT FILED              .00         .00
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   427.40         .00         .00         .00       427.40
PRINCIPAL PAID       427.40         .00         .00         .00       427.40
INTEREST PAID           .00         .00         .00         .00          .00
TOTAL PAID           427.40         .00         .00         .00       427.40
```

The Debtor's attorney, PATRICK A MESZAROS         , was allowed $   3000.00
and was paid $    948.00  direct and $   1376.45  through the plan.

The Trustee received $     48.15 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/16/07                 /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 07430 MORRIS EUGENE CAMPBELL & DEBRA LYNN CAMPBELL